[Civil No. 1140.   Filed April 2, 1910.]

[108 Pac. 479.]

W. D. HALLADAY and A. H. LYON, Plaintiffs and Appellants, v. M. D. HALL and MAY NUMULLY, Defendants and Appellees.

APPEAL AND ERROR—BOND—JUSTIFICATION—STATUTORY PROVISIONS—FAILURE TO COMPLY—DISMISSAL.—Civil Code 1901, paragraph 1516, providing that a bond on appeal shall be of no effect, unless accompanied by an affidavit of justification of each of the sureties, etc., is mandatory, and where the sureties did not justify in accordance therewith, or at all, the appellate court acquired no jurisdiction.

APPEAL from a judgment of the District Court of the First Judicial District, in and for Yuma County. John H. Campbell, Judge. Appeal dismissed.

Wupperman & Wupperman and H. J. Forgy, for Appellants.

Fred L. Ingraham, for Appellees.

PER CURIAM.—This case must be dismissed, for the reason that the sureties upon the appeal bond have not justified in accordance with the requirements of paragraph 1516 of the Revised Statutes of 1901, or at all. This statute is mandatory. This court has, therefore, acquired no jurisdiction. *McDonald* v. *Ellis,* 4 Ariz. 189, 36 Pac. 37.

The appeal is dismissed.

CAMPBELL, J., not sitting.